IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-401-D

| | |
|---|---|
| DANA CLARK, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE BALLATO LAW FIRM, P.C., ) and MICHAEL B. BALLATO, ) ) Defendants. ) | **ORDER** |

On August 28, 2012, defendants filed a motion to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted [D.E. 8]. See Fed. R. Civ. P. 12(b)(6). Plaintiff responded in opposition [D.E. 17], and defendants replied [D.E. 20]. The motion to dismiss [D.E. 8] is DENIED.

SO ORDERED. This 12 day of December 2012.

JAMES C. DEVER III
Chief United States District Judge